# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL DOYLE HARBIN,**

    **Plaintiff,**

v.                                            **Case No: 6:15-cv-2132-Orl-28PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's complaint to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying him Disability Insurance Benefits ("DIB"). The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by the Commissioner (Doc. 19), and the Response to the Objection filed by Plaintiff (Doc. 20), the Objection is overruled. The Court agrees entirely with the thoughtful and thorough reasoning contained in the Report and Recommendation and the findings of fact and conclusions of law contained therein. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 26, 2017 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The case is **REMANDED** to the Commissioner to reconsider the weight given to Dr. Ritter's opinions, reevaluate Mr. Harbin's credibility, and to take any other appropriate action.

4. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on February 27, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record