# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL DOYLE HARBIN,**

    **Plaintiff,**

v.                                             **Case No: 6:15-cv-2132-Orl-28PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 24). The assigned United States Magistrate Judge has submitted a Report (Doc. 25) recommending that the motion be granted; that Plaintiff be awarded $3,947.82 in attorney's and paralegal's fees; that it be left to the Commissioner's discretion whether to accept Plaintiff's assignment of EAJA fees to his attorneys after determining whether Plaintiff owes a federal debt; and that the Clerk be directed to enter judgment in favor of Plaintiff. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 24) is **GRANTED**. Plaintiff is awarded $3,947.82 in attorney's fees. In her discretion, the Commissioner may pay all or part of this amount to Plaintiff's counsel as set forth in the Report.

3. The Clerk is directed to enter a judgment in favor of Plaintiff and against the Commissioner for $3,947.82 in attorney's and paralegal's fees.

**DONE** and **ORDERED** in Orlando, Florida, on May 15, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record